IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. FULLER, JR. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY F. GEITHNER, | : | 09-2216 |
| Secretary, Department Of the Treasury | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 25th day of February 2011, upon consideration of the Motion for Summary Judgment of Defendant Timothy F. Geithner, Secretary, Department of the Treasury ("the Mint") (Docket No. 8), Plaintiff William Fuller's Response and Memorandum in Opposition (Docket Nos. 13 and 14), the Mint's Reply (Docket No. 18), Mr. Fuller's Reply (Docket No. 19), and the arguments made by Counsel for both parties at a July 6, 2010 Oral Argument (Docket No. 16), it is hereby ORDERED that the Mint's Motion is DENIED.

                                                         BY THE COURT:


                                                         S/Gene E.K. Pratter
                                                         GENE E. K. PRATTER
                                                         UNITED STATES DISTRICT JUDGE