# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM J. FULLER, JR. | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY F. GEITHNER, | : | 09-2216 |
| Secretary, Department of the Treasury | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 13th day of May 2011, upon consideration of Defendant's Motion for Reconsideration (Doc. No. 23) and of Plaintiff's opposition thereto (Doc. No. 27), and for the reasons stated in the accompanying Memorandum, Defendant's Motion is hereby DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE