IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM J. FULLER, JR.

:          CIVIL ACTION
:

v.                :
:

TIMOTHY F. GEITHNER,      :          NO. 09-2216
*SECRETARY, DEPARTMENT*    :
*OF THE TREASURY*          :

**FILED**

MAY 2 7 2011

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

      AND NOW, this 26th day of May, 2011, in accordance with the Jurors' Answer to

the Court's Interrogatories,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of

defendant, Timothy F. Geithner, *Secretary, Department of the Treasury* and against plaintiff,

William J. Fuller, Jr.


BY THE COURT
ATTEST:

*Michael Coyle*
Michael Coyle, Deputy Clerk

Civ 1 (8/80)

civjud.frm